UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P., FIR TREE REF III MASTER FUND, LLC, FIR TREE VALUE MASTER FUND, L.P., BSOF MASTER FUND L.P. and BSOF PARALLEL MASTER FUND L.P., | Civil Action No. |
| Plaintiffs, | **PLAINTIFFS' RULE 7.1 STATEMENT** |
| v. | |
| AMERICAN REALTY CAPITAL PROPERTIES, INC. n/k/a VEREIT, INC. NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN S. BLOCK, and LISA P. MCALISTER, | |
| Defendant. | |

-----------------------------------------------------------------x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Fir Tree Capital Opportunity Master Fund, L.P., Fir Tree REF III Master Fund, LLC, Fir Tree Value Master Fund, L.P., BSOF Master Fund L.P. and BSOF Parallel Master Fund L.P. (collectively, "Plaintiffs") hereby certifies as follows.

Fir Tree Capital Opportunity Master Fund, L.P. has no parent corporations, and no publicly held corporation owns 10% or more of Fir Tree Capital Opportunity Master Fund, L.P.'s stock.

Fir Tree REF III Master Fund, LLC has no parent corporations, and no publicly held corporation owns 10% or more of Fir Tree REF III Master Fund, LLC's stock.

Fir Tree Value Master Fund, L.P. has no parent corporations, and no publicly held corporation owns 10% or more of Fir Tree Value Master Fund, L.P.'s stock.

-2-

BSOF Master Fund L.P. has no parent corporations, and no publicly held corporation owns 10% or more of BSOF Master Fund L.P's stock.

BSOF Parallel Master Fund L.P. has no parent corporations, and no publicly held corporation owns 10% or more of BSOF Parallel Master Fund L.P.'s stock.

Dated: June 30, 2017
New York, New York

                LOWENSTEIN SANDLER LLP

                By: /s/ Lawrence M. Rolnick
                   Lawrence M. Rolnick
                   Steven Siesser
                   Michael J. Hampson
                   1251 Avenue of the Americas
                   New York, NY  10020
                   Tel. 212.262.6700